STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH GREENE, DEFENDANT-PETITIONER.

*Messrs. Budd, Larner & Kent* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Donald H. Mintz* for the respondent.

January 30, 1961.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DOMINICK CALABRESE, DEFENDANT-PETITIONER.

*Mr. Norman Fischbein* for the petitioner.

*Mr. Brendan T. Byrne* for the respondent.

January 30, 1961.   Denied.